Jacob A. Ayres, Esq. (#299869)
Alessandro Nolfo, Esq. (#344162)
GUPTA EVANS & AYRES, PC
5353 Mission Center Rd., Ste. 215
San Diego, CA 92108
(619) 866-3444
(619) 330-2055 Facsimile
e-mail: ja@SoCal.law

**Attorneys for Defendant Caraway Home, Inc.**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| ERICA HAMPTON and VANESSA TREVINO, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARAWAY HOME, INC.,<br><br>Defendant. | **Case No. 2:25-cv-03489 MRA (MARx)**<br><br>[*Former Los Angeles Superior Court Case No. 25STCV06824*]<br><br>**DEFENDANT CARAWAY HOME, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS ERICA HAMPTON AND VANESSA TREVINO'S COMPLAINT**<br><br>**<u>Hearing Information:</u>**<br>**Date:** September 15, 2025<br>**Time:** 1:30 PM<br>**Judge:** Hon. Mónica Ramírez Almadani |

**TO THE PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE** that on September 15, 2025, at 1:30 p.m. of this Court, located at the United States District Court, Central District of California, 411 W. Fourth Street, Courtroom 9B, Santa Ana, CA 92701, Defendant Caraway Home, Inc. ("Defendant") will, and hereby does, move this Court for an order dismissing Plaintiffs Erica Hampton and Vanessa Trevino's (collectively, "Plaintiffs") Complaint in its entirety pursuant to Rule 12(b)(6) on the grounds that the Complaint fails to state facts sufficient to constitute a cause of action.

Plaintiffs' allegation that Defendant's use of strikethrough pricing is deceptive lacks merit. The website clearly states that the strikethrough reflects "retail value," not a prior sale price; Disclosure that complies with the reasonable consumer standard under California law. Plaintiffs additionally misrepresent Defendant's Package Protection Fee as hidden and mandatory. In fact, the Fee is optional, transparently disclosed, and easy to opt out of, with clear language explaining its purpose. Plaintiffs' claims are based on mischaracterizations of clearly disclosed practices. Therefore, the Complaint fails to state a claim and should be dismissed.

Plaintiffs' Motion is based on this Notice, the Memorandum of Points and Authorities, the Request for Judicial Notice, and all other documents or information that the Court may consider in its file, calendar, and docket.

///

///

///

///

///

///

///

Pursuant to Local Rule 7-3, this Motion is made following the conferences of counsel, which took place on June 11, 2025 via phone, June 13, 2025 via email, and June 26, 2025 via phone. The Parties were unable to resolve the issues presented in this Motion.

Dated July 23, 2025

**GUPTA EVANS & AYRES, PC**

/s/ Jacob A. Ayres, Esq.
Jacob A. Ayres, Esq.
Alessandro Nolfo, Esq.
*Attorneys for Defendant*
*Caraway Home, Inc.*