Jacob A. Ayres, Esq. (#299869)
GUPTA EVANS & AYRES, PC
5353 Mission Center Rd., Ste. 215
San Diego, CA 92108
(619) 866-3444
(619) 330-2055 Facsimile
e-mail: ja@SoCal.law

**Attorney for Defendant Caraway Home, Inc.**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ERICA HAMPTON and VANESSA TREVINO, on behalf of herself and all others similarly situated,<br><br>            Plaintiffs,<br><br>   v.<br><br>CARAWAY HOME, INC.,<br><br>            Defendant. | **Case No. 2:25-cv-03489 MRA (MARx)**<br><br>**PROOF OF SERVICE** |

I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 5353 Mission Center Road, Suite 215, San Diego, CA 92108.

On November 10, 2025, I served the following document(s):

1. **DEFENDANT CARAWAY HOME, INC'S FIRST AMENDED ANSWER TO PLAINTIFF ERICA HAMPTON AND VANESSA TREVINO'S CLASS ACTION COMPLAINT AGAINST DEFENDANT CARAWAY HOME, INC.**

on the parties in this action addressed as follows:

**EDELSBERG LAW, P.A.**
Scott Edelsberg
Gabriel Mandler
1925 Century Park East, Suite 1700
Los Angeles, CA 90067
Email: scott@edelsberglaw.com
Email: Gabriel@edelsberglaw.com

  **X**  **BY EMAIL:** I caused such documents described herein to be sent to the following interested parties, at the following e-mail addresses, listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this November 10, 2025

        /s/ Elios Papa
        Elios Papa
        Senior Paralegal
        Gupta Evans & Associates, PC

1

**PROOF OF SERVICE**