**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA HAMPTON and VANESSA TREVINO, on behalf of herself and all others similarly situated, <br><br> *Plaintiffs*, <br><br> vs. <br><br> CARAWAY HOME, INC., <br><br> *Defendant*. | Case No. 2:25-cv-03489-MRA <br><br> [*Former Los Angeles Superior Court Case No. 25STCV06824*] <br><br> **JOINT STIPULATION OF DISMISSAL** |

Plaintiffs, Erica Hampton and Vanessa Trevino, and Defendant, Caraway Home, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1. All claims of the Plaintiff, Erica Hampton, individually, are hereby dismissed with prejudice, with each party to bear their own fees and costs.

2. All claims of the Plaintiff, Vanessa Trevino, individually, are hereby dismissed with prejudice, with each party to bear their own fees and costs.

3. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Dated: February 6, 2026

Respectfully Submitted,

| | |
|---|---|
| **EDELSBERG LAW, P.A.** | **GUPTA EVANS & AYRES, PC** |
| */s/ Scott Edelsberg* | By: */s/Jacob A. Ayres* |
| Scott Edelsberg, Esq. | Jacob A. Ayres, Esq (299869) |
| SBN 330990 | 5353 Mission Center Rd., Suite 215 |
| 1925 Century Park E #1700 | San Diego, CA 92108 |
| Los Angeles, CA 90067 | Telephone: (619) 866-3444 |
| Telephone: (305 )975-3320 | Fax: (619) 330-2055 |
| Email: scott@edelsberglaw.com | Email: ja@SoCal.law |

I, Scott Edelsberg, attest that all other Signatories below, and on whose behalf this filing is also submitted, concur in the filing's content and have authorized the filing.

*Counsel for Plaintiffs, Erica Hampton And Vanessa Trevino*

*Attorneys for Defendant, Caraway Home, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** I hereby certify that on February 6, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

By: */s/ Scott Edelsberg*
Scott Edelsberg, Esq.

*Counsel for Plaintiff*

2
**Joint Stipulation of Dismissal**